

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00048-CV
_____


ASSET, CONSULTING EXPERTS, LLC, AND MICHAEL C. EVANS, Appellants

V.

JONATHAN SISTRUNK, Appellee


On Appeal from the 170th District Court
McLennan County, Texas
Trial Court No. 2015-321-4


Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellants, Asset, Consulting Experts, LLC, and Michael C. Evans, have filed a motion with this Court seeking to dismiss their appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     September 9, 2015
Date Decided:       September 10, 2015

---

[1]Originally appealed to the Tenth Court of Appeals in Waco, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We follow the precedent of the Tenth Court of Appeals in deciding this case.  *See* TEX. R. APP. P. 41.3.